FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
fishmanhaygood.com

December 31, 2018

*Via CM-ECF*

Honorable Carlton Reeves
United States District Court Judge
Southern District of Mississippi
501 East Court Street, Suite 5.500
Jackson, Mississippi 39201
reeves_chambers@mssd.uscourts.gov

    Re:    *Alysson Mills vs. Butler Snow, et al.*, No. 3:18-cv-00866 (S.D. Miss)

Dear Judge Reeves,

    On December 19, 2018, the Receiver filed a complaint against Butler Snow LLP; Butler Snow Advisory Services, LLC; Matt Thornton; Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; Alexander Seawright, LLC; Brent Alexander; and Jon Seawright that alleges the defendants' actions contributed to the success of the Madison Timber Ponzi scheme, and therefore to the debts of the Receivership Estate.

    The Receiver today filed a demand for jury trial in accordance with the Federal Rules of Civil Procedure. We have requested summonses and will serve the complaint, demand, and this letter promptly.

    As the Court is aware, the Receiver's objective is to maximize funds available for distributions to victims, and she is mindful that litigation is time-consuming and expensive. In the interests of all, the Receiver desires to resolve her claims against the defendants efficiently. To that end, we request an opportunity to confer regarding ways the parties might streamline these proceedings. If the Court is amenable, we will alert the Court when all defendants have retained counsel so that the Court may set a status conference.

    With kindest personal regards, I remain

                                                  Sincerely,

                                                  Brent B. Barriere

1388984v.1

FishmanHaygood

BBB\dob
cc: Alysson Mills
    Lilli Bass
    Butler Snow LLP
    Butler Snow Advisory Services, LLC
    Matt Thornton
    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
    Alexander Seawright, LLC, *through David Kaufman, counsel*
    Brent Alexander, *through David Kaufman, counsel*
    Jon Seawright, *through David Kaufman, counsel*