AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, ET AL <br><br> *Defendant(s)* | Civil Action No. 3:18-CV-866 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Butler Snow Advisory Services, LLC
Through its registered agent
Thomas E. Williams
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jason W. Burge
> Fishman Haygood, LLP
> 201 St. Charles Ave., Ste. 4600
> New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 1/2/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-866

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Butler Snow Advisory Services, LLC
was received by me on *(date)* 1-4-2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Thomas E. Williams, who is designated by law to accept service of process on behalf of *(name of organization)* Butler Snow Advisory Services, LLC on *(date)* 1-4-2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-8-19

Server's signature

Shawntae Sanders
Printed name and title

2151 Gaites Lane
Server's address

Additional information regarding attempted service, etc: