## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

|  |  |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>                    Plaintiff,<br>v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT,<br>                    Defendants. | Case No. 3:18-cv-00866-CWR-FKB<br><br>**Hon. Carlton W. Reeves**<br><br><br>**ORAL ARGUMENT REQUESTED** |

### BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC'S MOTION TO DISMISS THE COMPLAINT

Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  The bases for this motion are set forth in the Memorandum of Law filed contemporaneously herewith.

Dated this 21st day of February, 2019

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**


  _/s/ Michael W. Ulmer_

Michael W. Ulmer (MSB #5760)
James J. Crongeyer, Jr. (MSB #10536)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, MS  39205

Tel.:  (601) 965-1900
Fax:  (601) 965-1901
Email: mulmer@watkinseager.com

Craig D. Singer (*pro hac vice*)
Benjamin W. Graham (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:  (202) 434-5000
Fax:  (202) 434-5029
Email: csinger@wc.com

*Counsel for Defendant Baker, Donelson,
Bearman, Caldwell & Berkowitz PC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

_/s/ Michael W. Ulmer_
Michael W. Ulmer