# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALYSSON MILLS, IN HER CAPACITY**     **PLAINTIFF**
**AS RECEIVER FOR ARTHUR LAMAR**
**ADAMS AND MADISON TIMBER**
**PROPERTIES, LLC**

**vs.**     **CASE NO. 3:18-cv-866-CWR-FKB**

**BUTLER SNOW LLP; BUTLER SNOW**     **DEFENDANTS**
**ADVISORY SERVICES, LLC; MATT**
**THORNTON; BAKER, DONELSON,**
**BEARMAN, CALDWELL & BERKOWITZ**
**PC; ALEXANDER SEAWRIGHT, LLC;**
**BRENT ALEXANDER; and JON**
**SEAWRIGHT**

## MOTION TO DISMISS CLAIMS AGAINST ALEXANDER SEAWRIGHT, LLC, BRENT ALEXANDER, AND JON SEAWRIGHT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in their Memorandum in Support of this Motion to Dismiss, Defendants Alexander Seawright, LLC, Brent Alexander, and Jon Seawright move the Court to dismiss with prejudice Counts I, II, III, V, and VI of the Receiver's Complaint, as well as the Receiver's demand for declaratory judgment of personal liability against Brent Alexander and Jon Seawright.

Date: March 6, 2019.

Respectfully submitted,

**ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT**

By: */s/ R. David Kaufman*
R. David Kaufman
One of Their Attorneys

>R. David Kaufman (MSB #3526)
>Cody C. Bailey (MSB #103718)
>BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
>The Pinnacle Building, Suite 100
>190 East Capitol Street (39201)
>Post Office Drawer 119
>Jackson, Mississippi 39205
>Telephone: (601) 948-3101
>Facsimile: (601) 960-6902
>Email: dkaufman@brunini.com
>
>*Counsel for Defendants Alexander Seawright, LLC, Brent Alexander, and Jon Seawright*

## CERTIFICATE OF SERVICE

I, R. David Kaufman, hereby certify that on March 6, 2019, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and registered participants.

>*/s/ R. David Kaufman*
>R. David Kaufman