

_____

No. 3:18-CV-866-CWR-FKB

ALYSSON MILLS,

*Plaintiff,*

v.

BUTLER SNOW LLP, ET AL.,

*Defendants.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Now before the Court are two motions to dismiss and Baker Donelson's motion for leave to file a sur-sur-sur-reply. *See* Docket Nos. 28, 31, and 47.

As the briefing acknowledges, the Receiver is entitled to present her "best case" before a dispositive ruling. So, if she wishes to add anything to the complaint that she learned in the last nine months, or wishes to amend any of her theories in light of recent Fifth Circuit decisions, now is the time. An

amended complaint is due on November 1, 2019. Renewed motions to dismiss may follow within 14 days, or, given the upcoming holidays, on a briefing schedule agreed-to by the parties.

Finally, the three supplemental briefs make it abundantly clear that all would benefit from additional pages for their memoranda. In the renewed motions, each movant/respondent may have 50 pages to divide as they see fit. The Fifth Circuit might appreciate the clean record should any part of this case be appealed.

The motions are denied without prejudice.

   **SO ORDERED**, this the 1st day of October, 2019.

s/ CARLTON W. REEVES
*United States District Judge*
