UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>        Plaintiff<br><br>v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT<br><br>        Defendants | Case No. 3:18-cv-866-CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252 Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC<br><br>Hon. Carlton W. Reeves, District Judge |

## <u>NOTICE OF APPEAL OF<br>BUTLER SNOW LLP</u>

Notice is hereby given that Butler Snow LLP, a Defendant in this case, appeals to the

United States Court of Appeals for the Fifth Circuit from the Order entered in this action on

September 12, 2019 [Doc. 48] denying the Butler Snow Parties' Motion to Dismiss or Stay

Proceedings Pending Arbitration.

Respectfully submitted October 4, 2019.

1

*/s/ Alan W. Perry*
Alan W. Perry (MB No. 4127)
Simon Bailey (MB No. 103925)
Michael Casey Williams (MB No. 104537)

Bradley Arant Boult Cummings LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS  39215-1789
Phone:  (601) 948-8000
Facsimile:  (601) 948-3000
aperry@bradley.com
sbailey@bradley.com
mcwilliams@bradley.com

*Attorneys for Butler Snow LLP*

## CERTIFICATE OF SERVICE

I, Alan W. Perry, certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alan W. Perry*

4850-5417-5400.2