UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>Plaintiff<br><br>v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT<br><br>Defendants | Case No. 3:18-cv-866-CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252 Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC<br><br>Hon. Carlton W. Reeves, District Judge |

## NOTICE OF APPEAL OF
## BUTLER SNOW ADVISORY SERVICES, LLC, AND
## MATT THORNTON

Notice is hereby given that Butler Snow Advisory Services, LLC, and Matt Thornton, Defendants in this case, appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on September 12, 2019 [Doc. 48] denying the Butler Snow Parties' Motion to Dismiss or Stay Proceedings Pending Arbitration.

Respectfully submitted October 4, 2019.

1

/                                              /s/ Edward Blackmon, Jr.
                                               Edward Blackmon, Jr. (MB No. 3354)
                                               Bradford J. Blackmon (MB No. 104848)

                                               Blackmon & Blackmon, PLLC
                                               907 W. Peace Street
                                               Canton, MS 39046
                                               Phone: (601) 859-1567
                                               Facsimile: (601) 859-2311
                                               edblackmon@blackmonlawfirm.com
                                               bjblackmon@blackmonlawfirm.com



                                               *Attorneys for Butler Snow Advisory LLC
                                               and Matt Thornton*


## CERTIFICATE OF SERVICE

I, Edward Blackmon, Jr., Esq., certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                               /s/ Edward Blackmon, Jr.