

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| IN RE CONSOLIDATED DISCOVERY IN CASES FILED BY ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC<br><br>[Cases consolidated for discovery only: *Mills v. Baker Donelson, et al.*, Civil Action No. 3:18-cv-866-CWR-FKB; *Mills v. BankPlus, et al.*, Civil Action No. 3:19-cv-196-CWR-FKB; *Mills v. The UPS Store, Inc., et al.*, Civil Action No. 3:19-cv-364-CWR-FKB; *Mills v. Trustmark, et al.*, Civil Action No. 3:19-cv-941-CWR-FKB] | Arising out of Civil Action No. 3:18-cv-252-CWR-FKB, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>CIVIL ACTION NO.: 3:22-cv-36-CWR-FKB |

## ORDER

The Court enters this Order to open this case for the purpose of managing the consolidated discovery in the following cases pending before this Court: *Mills v. Baker Donelson, et al.*, Civil Action No. 3:18-cv-866-CWR-FKB; *Mills v. BankPlus, et al.*, Civil Action No. 3:19-cv-196-CWR-FKB; *Mills v. The UPS Store, Inc., et al.*, Civil Action No. 3:19-cv-364-CWR-FKB; *Mills v. Trustmark, et al.*, Civil Action No. 3:19-cv-941-CWR-FKB. To that end, the Court orders the following:

1. The Clerk of this Court is instructed to open this case styled, "In Re Consolidated Discovery In Cases Filed By Alysson Mills, In Her Capacity As Receiver For Arthur Lamar Adams And Madison Timber Properties, LLC," and assign it a civil action number on the docket of this Court.

2. Plaintiff will be Alysson Mills, in her capacity as Receiver for Arthur Lamar Adams and Madison Timber Properties, LLC.

3. Defendants will be the present defendants in the following pending cases, as listed below:

    a. *Mills v. Baker Donelson, et al.*, Civil Action No. 3:18-cv-866:

        i. Baker, Donelson, Bearman, Caldwell &Berkowitz, PC;

        ii. Alexander Seawright, LLC;

        iii. Brent Alexander; and

        iv. Jon Seawright.

    b. *Mills v. BankPlus, et al.*, Civil Action No. 3:19-cv-196:

        i. BankPlus;

        ii. BankPlus Wealth Management, LLC;

        iii. Gee Gee Patridge;

        iv. Stewart Patridge;

        v. Jason Cowgill;

        vi. Federal Insurance Company; and

        vii. Continental Casualty Company.

    c. *Mills v. The UPS Store, Inc., et al.*, Civil Action No. 3:19-cv-364:

        i. The UPS Store, Inc.;

        ii. Herring Ventures, LLC;

        iii. Austin Elsen;

        iv. Tammie Elsen;

        v. Courtney Herring;

        vi. Diane Lofton;

        vii.    Chandler Westover;

        viii.    Rawlings & MacInnis, PA;

        ix.    Tammy Vinson; and

        x.    Jeannie Chisholm.

    d.    *Mills v. Trustmark, et al.*, Civil Action No. 3:19-cv-941:

        i.    Trustmark National Bank;

        ii.    Bennie Butts;

        iii.    Southern Bancorp Bank; and

        iv.    River Hills Bank.

4. In the event Plaintiff seeks to add a defendant to one of the above-referenced cases, Plaintiff must first file in that case a motion to amend her complaint to add the defendant, and if the motion is granted and the defendant is added as a defendant in that case, the Clerk of this Court shall also contemporaneously add the new defendant as a defendant in this case.

5. All discovery issued and responded to by the parties in this case, all discovery conducted in this case as to non-parties, and all orders issued by the Court in this case shall have the same force and effect as if having been done in the above-referenced cases. The Court creates this case to administer its docket efficiently and in the interest of economy of the parties and the Court. In the event of any appeals of the above-referenced cases, the parties may designate on appeal any portion of the record in this case, and any such designated portions of the record in this case shall be treated on appeal as part of the record of the appealed case.

6.      The Clerk is directed to assign this case to District Judge Carlton W. Reeves and Magistrate Judge F. Keith Ball.

SO ORDERED on the 28th day of January, 2022.

/s/  F. Keith Ball
UNITED STATES MAGISTRATE JUDGE