# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER SNOW LLP et al.,<br><br>Defendants. | Case No. 3:18-cv-00866-CWR-BWR<br><br>Hon. Carlton W. Reeves |

## BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC'S
## MOTION FOR SUMMARY JUDGMENT

Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. ("Baker Donelson") moves for summary judgment on all claims asserted against it by the Receiver pursuant to Federal Rule of Civil Procedure 56.  In support of this motion, Baker Donelson relies on its memorandum of law filed contemporaneously herewith as well as the exhibits identified below and attached hereto:

| Ex. 1 | Baker Donelson's Statement of Undisputed Facts |
|---|---|
| Ex. 2 | Excerpts from FBI Interview of Lamar Adams (Apr. 19, 2018) (*to be filed under seal*) |
| Ex. 3 | Trial Transcript, *USA v. William B. McHenry, Jr.* (Dec. 4, 2019) |
| Ex. 4 | Excerpts from the Deposition of Lamar Arthur Adams (May 6, 2025) |
| Ex. 5 | Excerpts from the Deposition of Lamar Arthur Adams (May 7, 2025) |
| Ex. 6 | Sentencing Hearing, *USA v. Arthur Lamar Adams* (Oct. 29, 2018) |
| Ex. 7 | Excerpts from the Deposition of Alysson Mills (May 21, 2025) (*to be filed under seal*) |
| Ex. 8 | Excerpts from the Deposition of Alysson Mills (May 22, 2025) (*to be filed under seal*) |

1

| Ex. 9 | Receiver's Accounting of Madison Timber Promissory Notes (*to be filed under seal*) |
|---|---|
| Ex. 10 | Receiver's Accounting of Alexander Seawright Timber Fund (*to be filed under seal*) |
| Ex. 11 | Excerpts from the Deposition of Brent Alexander (Apr. 1, 2025) |
| Ex. 12 | Declaration of Brent Alexander (Nov. 3, 2025) |
| Ex. 13 | Excerpts from the Deposition of Jon Seawright (Apr. 2, 2025) |
| Ex. 14 | Declaration of Jon Seawright (Nov. 3, 2025) |
| Ex. 15 | Excerpts from the 30(b)(6) Deposition of Baker Donelson (Apr. 3, 2025) |
| Ex. 16 | 30(b)(6) Deposition of Baker Donelson, Exhibit 2 |
| Ex. 17 | Deposition of Donna M. Ingram, Exhibits 2 and 5 (*to be filed under seal*) |
| Ex. 18 | Deposition of Donna M. Ingram, Exhibit 11 |
| Ex. 19 | Excerpts from the Deposition of Investor 115[1] (Apr. 10, 2025) (*to be filed under seal*) |
| Ex. 20 | Excerpts from the Deposition of Investor 121 (May 5, 2025) (*to be filed under seal*) |
| Ex. 21 | ASTFI Structure Chart [BAKER_MILLS_0000682] |
| Ex. 22 | Equity Term Sheet [BAKER_MILLS_0001912] |
| Ex. 23 | Subscription Package [BAKER_MILLS_0001247] |
| Ex. 24 | Email from J. Seawright to S. Clement attaching ALAS Disclosure Form (Oct. 17, 2011) [BAKER_MILLS_0030991] |
| Ex. 25 | Archive of Baker Donelson's website as it appeared on May 24, 2013 |
| Ex. 26 | Archive of Baker Donelson's website as it appeared on January 29, 2017 |
| Ex. 27 | Archive of Baker Donelson's website as it appeared on November 1, 2013 |
| Ex. 28 | Archive of Baker Donelson's website as it appeared on January 29, 2017 |

---

[1] Pursuant to the Protective Order, Baker Donelson refers to investors by the numbers assigned to them by the Receiver. ECF No. 6 ¶ 7 (Case No. 3:22-cv-36). For those investors who were not assigned numbers by the Receiver, Baker Donelson has assigned numbers to them.

| Ex. 29 | Declaration of Elizabeth Grace Lott Fuller (July 21, 2025) |
|---|---|
| Ex. 30 | Expert Report of Marta-Ann Schnabel (June 20, 2025) |
| Ex. 31 | Email from B. Alexander to J. Seawright (July 24, 2012) [BAKER_MILLS_0013760] |
| Ex. 32 | Email from J. Seawright to B. Alexander (Apr. 11, 2012) [BAKER_MILLS_0013132] |
| Ex. 33 | Excerpts from the Deposition of AS.06 (Feb. 18, 2025) (*to be filed under seal*) |
| Ex. 34 | Excerpts from the Deposition of AS.37 (Feb. 18, 2025) (*to be filed under seal*) |
| Ex. 35 | Excerpts from the Deposition of AS.21 (Mar. 20, 2025) (*to be filed under seal*) |
| Ex. 36 | Email from B. Alexander to M. McMillan (May 4, 2016) [BAKER_MILLS_0007529] |
| Ex. 37 | Excerpts from the Deposition of Kathy Acquilano (Mar. 24, 2025) |
| Ex. 38 | Excerpts from the Deposition of Patricia Cloer (Mar. 25, 2025) |
| Ex. 39 | Excerpts from the Deposition of Janie Jenkins (May 16, 2025) |
| Ex. 40 | Excerpts from the Deposition of Dawn Warrington (May 14, 2025) |
| Ex. 41 | Excerpts from the Deposition of Tanya Wasser (Mar. 18, 2025) |
| Ex. 42 | Excerpts from the Deposition of Wayne Kelly (Apr. 15, 2025) |
| Ex. 43 | Excerpts from the Deposition of AS.35 (Jan. 28, 2025) (*to be filed under seal*) |
| Ex. 44 | Excerpts from the Deposition of AS.04 (Mar. 11, 2025) (*to be filed under seal*) |
| Ex. 45 | Declaration of AS.36 (May 21, 2025) (*to be filed under seal*) |
| Ex. 46 | Excerpts from the Deposition of Investor 152 (Jan. 29, 2025) (*to be filed under seal*) |
| Ex. 47 | Declaration of AS.39 (Mar. 24, 2025) (*to be filed under seal*) |

| Ex. 48 | Declaration of AS.29.A (Mar. 4, 2025) (*to be filed under seal*) |
|---|---|
| Ex. 49 | Declaration of AS.29.B (Mar. 13, 2025) (*to be filed under seal*) |
| Ex. 50 | Declaration of AS.40 (Feb. 26, 2025) (*to be filed under seal*) |
| Ex. 51 | Excerpts from the Deposition of AS.30 (Jan. 29, 2025) (*to be filed under seal*) |
| Ex. 52 | Washington Post Article (*to be filed under seal*) |
| Ex. 53 | Excerpts from the Deposition of AS.05.A (Apr. 8, 2025) (*to be filed under seal*) |
| Ex. 54 | Excerpts from the Deposition of AS.11.A (Mar. 18, 2025) (*to be filed under seal*) |
| Ex. 55 | Excerpts from the Deposition of AS.11.B (Mar. 18, 2025) (*to be filed under seal*) |
| Ex. 56 | Excerpts from the Deposition of Investor 4 (Jan. 30, 2025) (*to be filed under seal*) |
| Ex. 57 | Excerpts from the Deposition of Investor 13 (May 14, 2025) (*to be filed under seal*) |
| Ex. 58 | Excerpts from the Deposition of Investor 29 (Apr. 7, 2025) (*to be filed under seal*) |
| Ex. 59 | Excerpts from the Deposition of Investor 41 (Apr. 28, 2025) (*to be filed under seal*) |
| Ex. 60 | Excerpts from the Deposition of Michael Douglas Billings (May 19, 2025) |
| Ex. 61 | Excerpts from the Deposition of Ben Adams (Mar. 19, 2025) |
| Ex. 62 | Excerpts from the Deposition of William B. McHenry, Jr. (May 16, 2025) |
| Ex. 63 | Receiver's Distributions (Feb. 6, 2025) (*to be filed under seal*) |
| Ex. 64 | Excerpts from the Deposition of Investor 83 (Apr. 15, 2025) (*to be filed under seal*) |
| Ex. 65 | Excerpts from the Deposition of Investor 171 (Mar. 28, 2025) (*to be filed under seal*) |

| Ex. 66 | Andrew Strickler, *Baker Donelson Lobbyist In $164M Ponzi Scam Takes Plea*, Law 360 (Apr. 26, 2023), https://www.law360.com/pulse/articles/1601431/baker-donelson-lobbyist-in-164m-ponzi-scam-takes-plea |
| --- | --- |
| Ex. 67 | Excerpts from the Deposition of Marta-Ann Schnabel (Sept. 16. 2025) |
| Ex. 68 | Excerpts from the Deposition of AS.05.B (Apr. 8, 2025) (*to be filed under seal*) |
| Ex. 69 | Baker Donelson Firm Profile, https://www.bakerdonelson.com/Our-Firm (last visited Nov. 3, 2025) |
| Ex. 70 | Excerpts from the Deposition of Donna M. Ingram (Sept. 26, 2025) (*to be filed under seal*) |
| Ex. 71 | Excerpts from the Deposition of John Houseal, Jr. Esq. (Sept. 19, 2025) |
| Ex. 72 | Deposition of John Houseal, Jr. Esq., Exhibit 1 |
| Ex. 73 | Declaration of John S. Hicks (Nov. 3, 2025) |

Dated this 3rd day of November, 2025

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**

  */s/ Hope E. Daily*
Craig D. Singer (*pro hac vice*)
Charles Davant (*pro hac vice*)
Benjamin W. Graham (*pro hac vice*)
Hope E. Daily (*pro hac vice*)
William M. Schmidt (*pro hac vice*)
C. Mark Aneke (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: csinger@wc.com

James J. Crongeyer, Jr. (MSB #10536)
James M. Tyrone (MSB #102381)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, MS 39205
Tel.: (601) 965-1900
Fax: (601) 965-1901
Email: jcrongeyer@watkinseager.com

*Counsel for Defendant Baker, Donelson, Bearman, Caldwell & Berkowitz PC*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                          */s/ Hope E. Daily*
                                                          Hope E. Daily