UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT,<br><br>Defendants. | Case No. 3:18-cv-866-CWR-BWR<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Carlton W. Reeves, District Judge<br>Bradley W. Rath, Magistrate Judge |

**MOTION FOR PARTIAL SUMMARY JUDGMENT
ON SPECIFIC MATTERS PERTAINING TO DAMAGES**

Alysson Mills, in her capacity as Receiver of Arthur Lamar Adams ("Adams") and Madison Timber Properties, LLC ("Madison Timber") respectfully moves for partial summary judgment on the following specific matters pertaining to damages:

1. The Receivership Estate's damages include $53 million in net losses.

2. There is no basis for reducing the $53 million in net losses.

In support of her motion, the Receiver submits the accompanying memorandum and following exhibits:

Exhibit 1: Excerpts from Deposition of Steven Rhodes

Exhibit 2: Donna Ingram Report (filed under seal)

Exhibit 3: ASTFI 001728 (filed under seal)

Exhibit 4: Excerpt from Deposition of Jon Seawright (Investor PII redacted)

Exhibit 5: Excerpts from Deposition of Donna Ingram (Investor PII redacted)

For the reasons stated in the accompanying memorandum, the Receiver's motion should be granted.

Respectfully submitted,

| | |
|---|---|
| */s/ Lilli Evans Bass* | */s/ Kaja S. Elmer* |
| BROWN BASS & JETER, PLLC | FISHMAN HAYGOOD, LLP |
| Lilli Evans Bass, Miss. Bar No. 102896 | *Admitted pro hac vice* |
| 1755 Lelia Drive, Suite 400 | Brent B. Barriere |
| Jackson, Mississippi 39216 | Kaja S. Elmer |
| Tel: 601-487-8448 | Maggie Daly |
| Fax: 601-510-9934 | 201 St. Charles Avenue, Suite 4600 |
| bass@bbjlawyers.com | New Orleans, Louisiana 70170 |
| | Tel: 504-586-5253 |
| | Fax: 504-586-5250 |
| | bbarriere@fishmanhaygood.com |
| | kelmer@fishmanhaygood.com |
| | mdaly@fishmanhaygood.com |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date: November 3, 2025

*/s/ Kaja S. Elmer*