noUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT,<br><br>Defendants. | Case No. 3:18-cv-866-CWR-BWR<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Carlton W. Reeves, District Judge<br>Bradley W. Rath, Magistrate Judge |

**MOTION IN LIMINE
ON SPECIFIC MATTERS PERTAINING TO DAMAGES**

Alysson Mills, in her capacity as Receiver of Arthur Lamar Adams ("Adams") and Madison Timber Properties, LLC ("Madison Timber") respectfully moves to exclude expert opinion and related testimony on specific matters pertaining to damages. The Receiver seeks an order stating that at trial Defendants' experts:

1. cannot testify "related" investors must be treated as one investor for net loss purposes,
2. cannot testify the Receiver would have recovered $15,612,160.71 if she had sued net winners,
3. cannot testify the Receiver should have sued alleged net winners,
4. cannot opine that the Receiver's recoveries from other parties reduce damages, and
5. otherwise cannot simply narrate Defendants' version of record evidence.

In support of her motion, the Receiver submits the accompanying memorandum and the following exhibits:

Exhibit 1: Donna Ingram Report (to be filed under seal)

Exhibit 2: ASTFI 001728 (to be filed under seal)

Exhibit 3: Excerpt of Deposition of Jon Seawright (Investor PII redacted)

Exhibit 4: Excerpts of Deposition of Donna Ingram (Investor PII redacted)

Exhibit 5: Excerpts of Deposition of Steven Rhodes (Investor PII redacted)

Exhibit 6: Timothy Hart Report (to be filed under seal)

Exhibit 7: Steven Rhodes Report (to be filed under seal)

For the reasons stated in the accompanying memorandum, the Receiver's motion should be granted.

Respectfully submitted,

| | |
|---|---|
| */s/ Lilli Evans Bass* | */s/ Kaja S. Elmer* |
| BROWN BASS & JETER, PLLC | FISHMAN HAYGOOD, LLP |
| Lilli Evans Bass, Miss. Bar No. 102896 | *Admitted pro hac vice* |
| 1755 Lelia Drive, Suite 400 | Brent B. Barriere |
| Jackson, Mississippi 39216 | Kaja S. Elmer |

| | |
|---|---|
| Tel: 601-487-8448 | Maggie Daly |
| Fax: 601-510-9934 | 201 St. Charles Avenue, Suite 4600 |
| bass@bbjlawyers.com | New Orleans, Louisiana 70170 |
| | Tel: 504-586-5253 |
| | Fax: 504-586-5250 |
| | bbarriere@fishmanhaygood.com |
| | kelmer@fishmanhaygood.com |
| | mdaly@fishmanhaygood.com |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date: November 3, 2025

*/s/ Kaja S. Elmer*