# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALYSSON MILLS,** *in her capacity as Receiver for Arthur Lamar Adams and Madison Timber Properties, LLC,*

*Plaintiff,*

v.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC,** *et al.,*

*Defendants.*

CAUSE NO. 3:18-CV-866-CWR-BWR

## ORDER

Defendant, Baker Donelson, filed an unopposed motion for leave to file under seal certain exhibits to its motion in limine. Docket No. 294. The motion is granted in part and denied in part.

The law in this area favors public access. "Judicial records are public records. And public records, by definition, presume public access." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416 (5th Cir. 2021). "The public has a common law right to inspect and copy judicial records." *Bradley on behalf of AJW v. Ackal*, 954 F.3d 216, 224 (5th Cir. 2020) (quotation marks and citation omitted). While the Court will, of course, "balance the public's common law right of access against the interests favoring nondisclosure", *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (collecting cases), the Court reminds the parties that "an abundance of caution is not enough to overcome the default standard favoring the public's right of access." *Phi Theta Kappa Honor Society v. Honorsociety.org*, 3:22-CV-208-CWR-RPM, Docket No. 365 at 3 (S.D. Miss. Dec. 23, 2024).

Baker Donelson seeks to file under seal the Expert Report of Ms. Marta-Ann Schnabel and excerpts from the Receiver's Deposition. With respect to the former, the motion is denied. A mildly redacted version of Marta-Ann Schnabel's report is already docketed and publicly available. Docket No. 231-3. A similar filing will suffice here. With respect to the excerpts from the Receiver's deposition, the motion is granted, consistent with the Court's prior Order. Docket No. 222.

  **SO ORDERED**, this the 12th day of February 2026.

                s/ Carlton W. Reeves
                UNITED STATES DISTRICT JUDGE