**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| ALLYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC, | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:18-CV-866-CWR-BMR** |
| BUTLER SNOW LLP; BUTLER SNOW ADVISORY SERVICES, LLC; MATT THORNTON; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC; ALEXANDER SEAWRIGHT, LLC; BRENT ALEXANDER; and JON SEAWRIGHT | **DEFENDANTS** |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    United States Marshal
       Southern District of Mississippi

YOU ARE HEREBY COMMANDED to produce the body of **ARTHUR LAMAR ADAMS, BOP # 20878-043**, housed at Yazoo City Low FCI SCP (2225 Haley Barbour Parkway, Yazoo City, MS 39194) so that he may testify in this civil trial before the Honorable Carlton W. Reeves, United States District Judge, Southern District of Mississippi, at 501 E. Court Street, Courtroom 5B, Jackson, Mississippi, from April 17, 2026 at 9:00 A.M. through the conclusion of trial.

Upon the conclusion of trial, at the direction of the Court, you are to return **ADAMS** to the custody of the Federal Bureau of Prisons for transport to any facility where he may be lawfully incarcerated.

This the 2nd day of April, 2026.



ARTHUR JOHNSTON, CLERK

BY: _I. Ballard_____
Deputy Clerk

The U.S. Marshals Service asks that inmates arrive at the federal courthouse one hour before their hearing time. Please note that these items are prohibited in the courthouse: tobacco products, writing pens, lighters, and keys. For additional information, contact the Marshals Service at 601-608-6890.