### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT
### NORTHERN DIVISION

**ALYSSON MILLS, RECEIVER**                                                     **PLAINTIFF**

**VS.**                                                             **CAUSE NO. 3:18-cv-866-CWR-BWR**

**BAKER DONELSON, ET AL**                                                     **DEFENDANTS**

### UNOPPOSED MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER

COMES NOW non-party Robert Upchurch, through counsel, and pursuant to Rule 45(d)(1) & (3), *Fed. R. Civ. Pro.* files this his motion to quash that certain subpoena to appear at the trial of this action scheduled for April 20, 2026, or otherwise for entry of a protective order to avoid the undue burden and expense of appearing to testify at the scheduled trial. In support of the instant motion Mr. Upchurch would show unto the court the following, to-wit:

1. Mr. Upchurch is a non-party to the instant action. He is one of the many victims who made loans to Madison Timber Properties that were not repaid.

2. Mr. Upchurch was served with a subpoena to appear to testify at the trial of this action at 9:00 a.m. on April 20, 2026. A true and correct copy of the trial subpoena is attached hereto as Exhibit "1". The subpoena was issued by counsel for defendant Baker Donelson. The subpoena was served on Mr. Upchurch at his residential address at 1715 County Road 441, Greenwood, MS  38930. That residential address is more than 100 miles from the United States District Courthouse in Jackson, MS. Mr. Upchurch is not employed within 100 miles of the United States District Courthouse in Jackson, MS, nor does he regularly transact business in person within 100 miles of the United States District Courthouse in Jackson, MS.

3. While Mr. Upchurch resides in the State of Mississippi, attendance at trial in Jackson, MS would cause him to incur substantial expense and would be an undue burden. During

the week of April 20, 2026, Mr. Upchurch has pre-existing plans to be out-of-state in Orange Beach, AL and has expended substantial sums of non-refundable money for this pre-planned trip. The week of April 27, 2026, Mr. Upchurch has a pre-arranged engagement to prepare for corporate Board of Directors meetings in New York City, NY and during the week of May 4, 2026, Mr. Upchurch has a pre-arranged trip to New York City, NY to participate in corporate Board of Directors meetings. Substantial funds have been expended for travel expenses for that trip out-of-state.

4.      Any testimony within Mr. Upchurch's personal knowledge would not be unique and would be merely cumulative of many other witnesses who are expected to be called to testify.

5.      The undersigned counsel for non-party Robert Upchurch is authorized by James M. Tyrone, one of the attorneys for Defendant Baker Donelson who issued the subject subpoena, to represent to the Court that Baker Donelson does not oppose the instant motion to quash based on the unavailability of Mr. Upchurch due to being more than 100 miles from the place of the trial at the United States District Courthouse in Jackson, MS.

WHEREFORE PREMISES CONSIDERED, non-party Robert Upchurch respectfully moves the Court to quash the instant subpoena or otherwise enter an appropriate protective order relieving him of the substantial expense and undue burden of appearing at trial.

This, the 14th day of April 2026.

Respectfully submitted,

ROBERT UPCHURCH, NON-PARTY

BY:/s/ D. Collier Graham, Jr.
         D. COLLIER GRAHAM, JR.

2

OF COUNSEL:

D. COLLIER GRAHAM, JR., MSB #4944
WISE CARTER CHILD & CARAWAY
600 HERITAGE BUILDING
401 EAST CAPITOL STREET
POST OFFICE BOX 651
JACKSON, MISSISSIPPI  39205-0651
TELEPHONE: (601)968-5500
dcg@wisecarter.com
ATTORNEY FOR NON-PARTY, ROBERT UPCHURCH

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system which sent notification of such filing to counsel of all parties on ECF system.

THIS the 14th day of April 2026.

/s/ D. Collier Graham, Jr.
D. COLLIER GRAHAM, JR.

3