## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**ALYSSON MILLS,** *in her capacity as*
*Receiver for Arthur Lamar Adams and*
*Madison Timber Properties, LLC,*

                                    *Plaintiff,*

v.                                                        CAUSE NO. 3:18-CV-866-CWR-BWR

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC,** *et al.,*

                                    *Defendants.*

## ORDER

Receiver, Alysson Mills, filed a motion for leave to file under seal the supplement to the expert report of Donna Ingram. Docket No. 369. The Court previously ordered that Ingram's expert report be filed under seal to prevent disclosure of non-party individuals' private, sensitive financial information. Docket No. 241. The Receiver represents that the supplement to Ingram's report contains the same type of sensitive information. For the reasons discussed in the Court's prior order, Docket No. 241, the motion is granted.

**SO ORDERED**, this the 16th day of April 2026.

                                    s/ Carlton W. Reeves
                                    UNITED STATES DISTRICT JUDGE

1