UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALYSSON MILLS, *in her capacity as*
*Receiver for Arthur Lamar Adams, and*
*Madison Timber Properties, LLC*                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 3:18-CV-866-CWR-BWR

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC, *et al.*                              DEFENDANTS

ORDER

The above cause having been submitted to the jury.

IT IS NOW ORDERED that said jury be kept together in the custody of the

United States District Court and that said Court make proper provision for their

meals at the expense of the United States until such time as they shall have reached

a verdict or otherwise discharged.

SO ORDERED AND ADJUDGED this the 18th day of May, 2026.

s/ *Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE