UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALYSSON MILLS                                                                          PLAINTIFF

VS.                                                        CRIMINAL ACTION NO. 3:18CV866CWR-BWR

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, ALEXANER
SEAWRIGHT, LLC, BRENT ALEXANDER and
JON SEAWRIGHT                                                                          DEFENDANT

## <u>ORDER</u>

The above cause having been submitted to the jury.

IT IS NOW ORDERED that said jury be kept together in the custody of the United States

District Court and that said Court make proper provision for their meals at the expense of the

United States until such time as they shall have reached a verdict, or are otherwise discharged.

SO ORDERED AND ADJUDGED this the 19th day of May, 2026.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT COURT