IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALYSSON MILLS, *in her capacity as
Receiver for Arthur Lamar Adams and
Madison Timber Properties, LLC,*

Plaintiff,

v.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC, *et al.,*

Defendants.

CAUSE NO. 3:18-CV-866-CWR-BWR

## SUPPLEMENTAL JURY VERDICT

The jury is directed to answer the following questions in accordance with the Court's instructions. The answer to each question must be your unanimous decision.

1.   Do you find, by clear and convincing evidence, that the Receiver has proven her claim for punitive damages against Brent Alexander?

__X___ Yes          _____ No

2.   Do you find, by clear and convincing evidence, that the Receiver has proven her claim for punitive damages against Jon Seawright?

__X___ Yes          _____ No

**If you answered "yes" to Questions 1 and/or 2, proceed to Questions 3 and/or 4, as needed. If you answered "no" to Questions 1 and 2, sign and date this verdict form.**

3.   What amount of punitive damages do you assess against Brent Alexander?

$__∅_____

4.   What amount of punitive damages do you assess against Jon Seawright?

$__∅_____

3

DATE: May 20, 2026

4